DeMarco v Severance (2025 NY Slip Op 00524)

DeMarco v Severance

2025 NY Slip Op 00524

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, DELCONTE, AND HANNAH, JJ.

33 CA 23-01908

[*1]PETER C. DEMARCO AND DEBRA A. DEMARCO, PLAINTIFFS-APPELLANTS,
v
DOMINICK A. SEVERANCE AND ASHLEY M. SEVERANCE, DEFENDANTS-RESPONDENTS. 

RUPP PFALZGRAF LLC, ROCHESTER (KEVIN J. FEDERATION OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
MICHAEL S. STEINBERG, ROCHESTER, FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Monroe County (John B. Gallagher, Jr., J.), entered November 8, 2023. The order granted the motion of defendants to dismiss the action. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court